IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
AMERIS BANK, as Assignee of      *
the Federal Deposit Insurance    *
Corporation, Receiver of Derby   *
Bank and Trust Co.,              *
                                 *
        Plaintiff,               *
                                 *
    v.                           *      CV 614-097
                                 *
ROY S. SHIVER, JR.,              *
                                 *
        Defendant.               *
```

**O R D E R**

This cause comes before the Court on its own initiative. Plaintiff Ameris Bank filed the presently-pending motion for summary judgment on April 15, 2015, and the time for Mr. Shiver's response has passed without answer. (Doc. 22.) However, Mr. Shiver claims to have not received either the motion for summary judgment or the notice prepared by the clerk's office pursuant to Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985) (per curiam). A review of the docket does not reveal whether the motion for summary judgment or notice were mailed to Mr. Shiver. Moreover, Mr. Shiver has informed the Court that his address has changed. As such, the Court cannot ascertain whether the pending dispositive motion ever reached Mr. Shiver.

In an abundance of caution and because Mr. Shiver is acting *pro se* in this matter, the Court hereby **DIRECTS** the Clerk of Court to **SERVE** Mr. Shiver with a copy of this Order, the Motion for

Summary Judgment (Doc. 22), and the Griffith Notice at the following address:

> **Roy S. Shiver, Jr.**
> **1420 Egret Road**
> **Homestead, Florida 33034**

Mr. Shiver shall have through and including **JULY 6, 2015** to file any response to the Motion for Summary Judgment.

**ORDER ENTERED** at Augusta, Georgia, this \_\_11th\_\_ day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA